Arnetta SWIFT, Nee Hill born Arnetta Hill, Plaintiff–Appellant,

v.

SCHMADERER, Chief Omaha Police; John Decohort, Unknown of Omaha Police Officers; Kyler, Omaha Police Officer; John Doe, Unknown, Cohort of Omaha Police, Defendants–Appellees.

No. 15–1680.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 20, 2015.

Filed: Aug. 24, 2015.

Arnetta Swift, Nee Hill Born Arnetta Hill, Omaha, NE, pro se.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Arnetta Swift appeals the district court's[1] preservice dismissal of her pro se 42 U.S.C. § 1983 complaint, for failure to state a claim. She also moves for appointment of counsel on appeal. After careful de novo review, we conclude that Swift's complaint was properly dismissed. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th

Cir.2000) (per curiam) (preservice dismissal is reviewed de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B. The motion for appointment of counsel is denied.

---

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.